JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0862 MHP |
| ) | |
| v. ) | |
| ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] |
| ) | ORDER DOCUMENTING WAIVER |
| DONALD DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

        On September 17, 2009, defendants Donald Daniels, Martin William Washburn, and Irina Rebegeneau appeared before the Honorable Elizabeth D. Laporte for an initial appearance. On September 18, 2009, defendants Donald Daniels and Irina Rebegeneau appeared before Magistrate Judge Laporte. On that date, Magistrate Judge Laporte ordered that the parties appear before the Honorable Marilyn H. Patel on October 19, 2009, for a trial setting hearing.

        On September 22, 2009, defendant Martin William Washburn appeared before the Honorable Maria Elena James for appointment of counsel. On that date, the parties requested,

1  and Magistrate Judge James ordered, that time be excluded under the Speedy Trial Act from
2  September 22, 2009, through October 19, 2009, to allow the Government to produce discovery to
3  the defendant and for the defendant to review discovery.  With the agreement of the parties and
4  with the consent of the defendants, the Court enters this order confirming the exclusion of time
5  under the Speedy Trial Act from September 22, 2009 through October 19, 2009.  The parties
6  agree and stipulate, and the Court finds and holds, as follows:
7      The ends of justice served by excluding the period from September 22, 2009 through
8  October 19, 2009 from Speedy Trial Act calculations outweighs the interests of the public and
9  the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance
10  with 18 U.S.C. § 3161(h)(7)(A) and (B).

12  STIPULATED:

14  DATED: September 27, 2009      /s *Mary McNamara*
        MARY MCNAMARA, ESQ.
15      Attorney for DONALD DANIELS

17  DATED: September 28, 2009      /s *Nanci Clarence*
        NANCI CLARENCE, ESQ.
18      Attorney for MARTIN WILLIAM WASHBURN

20  DATED: October 7, 2009      /s *Anthony Brass*
        ANTHONY BRASS, ESQ.
21      Attorney for DONALD DANIELS

23  DATED: October 8, 2009      /s *Christine Y. Wong*
        CHRISTINE Y. WONG
24      Assistant United States Attorney

25  //
26  //
27  //
28  //

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-

1  IT IS SO ORDERED.

3  DATED: October  8 , 2009

                                      HON. MARILYN H. PATEL
                                      United States District Judge