**FILED**

OCT 19 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 09-0862 MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BAIL ORDER |
| vs. | |
| DONALD DANIELS, | |
| Defendant. | |

On September 18, 2009, the Court set bail for defendant Donald Daniels at $2.0 million, to be secured by real property.   At a bail review hearing on September 29, 2009, the government agreed that the bail amount could be deemed satisfied by the posting of property in the total amount of $1.9 million, rather than $2.0 million and the Court agreed to so modify the release order.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1

2    Accordingly, the parties hereby stipulate and agree that the bail order be modified to

3  reflect that the bond is secured by $1.9 million and unsecured as to $100,000.

4        IT IS SO STIPULATED.

5

6  Dated:  10/19/09

7                                    MARY McNAMARA
                                     Attorney for DONALD DANIELS
8
9  Dated:  10/19/09
                                     PETER AXELROD
10                                   Assistant United States Attorney

11

12

13        PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
15  Dated:  10/19/2009
                                     HON. ELIZABETH D. LAPORTE
16                                   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28