Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONALD DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD DANIELS,<br><br>Defendant. | Case No.  CR 09-0862 MHP<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL TO SCOTTSDALE, ARIZONA |

Defendant Donald Daniels, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Christine Wong, hereby stipulate and agree as follows:

1. On September 18, 2009, the Court set conditions of release for defendant Donald Daniels, one of which was a condition that he not travel outside the Northern or Eastern Districts of California.

2. The parties agree to a modification of Mr. Daniels' conditions of release to permit travel to the Mayo Clinic in Scottsdale, Arizona on November 11, 2009 through November 13, 2009.  The purpose of this travel is to allow Mr. Daniels to receive medical treatment.

3. Pretrial Service Officer Taifa Gaskins has no objection to the proposed modification.

1  IT IS SO STIPULATED.

3  Dated: October 30, 2009

_____/s/_____
MARY McNAMARA
Attorney for DONALD DANIELS

6  Dated: October 30, 2009

_____/s/_____
CHRISTINE WONG
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated: 11/12/2009

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]