Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONALD DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DONALD DANIELS, Defendant. | Case No. CR 09-0862 MHP<br>STIPULATION AND [~~PROPOSED~~] ORDER TO RETURN CASH POSTED |

On September 18, 2009, the Court set bail for defendant Donald Daniels at $2.0 million, to be secured by real property. That same day, the Court ordered that as a temporary measure to secure Mr. Daniel's release, Mr. Daniels post cash in the amount of $250,000.00, such sum to be refunded upon posting of sufficient property and secure the bond. On September 21, 2009 Mr. Daniels posted $250,000.00 as ordered.

On October 19, 2009, the Court ordered that the bail order be modified to reflect that the bond be secured by $1.9 million and unsecured as to $100,000.00. Mr. Daniels has since posted real property in the amount of $1.9 million.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Having satisfied the posting requirements imposed by the Court, the parties hereby stipulate and agree that the $250,000.00 initially posted by Mr. Daniels should be refunded to him.

IT IS SO STIPULATED.

Dated: October 30, 2009

____________/s/_________________
MARY McNAMARA
Attorney for DONALD DANIELS

Dated: October 30, 2009

___________/s/__________________
CHRISTINE WONG
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2009

_______________________________
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA