JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, United States Department of Justice

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email:   peter.axelrod@usdoj.gov
            christine.wong@usdoj.gov
            krista.tongring3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09-0862 MHP |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | PROTECTIVE ORDER |
| DONALD DANIELS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The United States, through its counsel of record, and defendants Donald Daniels, Martin William Washburn, Tapani Koivunen, Sergei Vladimirovich Shkurkin, and Irina Rebegeneau, by and through their counsel of record, hereby agree and stipulate that the Government will provide discovery on the following conditions:

PROTECTIVE ORDER
[CR 09-862 MHP]

1. Protected Material

The discovery produced in this matter is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. The defendants, their attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendants in this case. The defendants, their attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order. Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

2. Contact with Certain Witnesses

The defendants agree that all contact with the witnesses Antti Koro, Kimmo Saaristo, and Jussi Knaapi will be subject to the following conditions: (1) any and all contact will be through counsel or an investigator working under the direct control of counsel; (2) defendants will not contact these witnesses directly; and (3) any and all interviews of or other substantive contacts with these witnesses will be conducted only upon the express consent of the witness.

3. Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of sentencing or the conclusion of any direct appeal, the defendants' attorneys of record shall return all copies of any Protected Material

PROTECTIVE ORDER
[CR 09-862 MHP]

(including all copies provided to the defendants, their attorneys of record, and members of the defense team) to the United States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED: November 19, 2009

/s *Christine Y. Wong*
PETER B. AXELROD
CHRISTINE Y. WONG
Assistant United States Attorneys

KRISTA TONGRING
Trial Attorney

DATED: November 19, 2009

/s/
MARY MCNAMARA, ESQ.
Attorney for DONALD DANIELS

DATED: November 19, 2009

/s/
NANCI CLARENCE, ESQ.
Attorney for MARTIN WILLIAM WASHBURN

DATED: November 19, 2009

/s/
ANTHONY BRASS, ESQ.
Attorney for DONALD DANIELS

DATED: November 19, 2009

/s/
HARRY SINGER, ESQ.
Attorney for TAPANI KOIVUNEN

DATED: November 19, 2009

/s/
WILLIAM J. PORTANOVA, ESQ.
Attorney for SERGEI SHKURKIN

//
//
//
//

PROTECTIVE ORDER
[CR 09-862 MHP]

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORDER**

IT IS SO ORDERED.

DATED: November __, 2009

_____
HON. MARILYN H. PATEL
United States District Judge

PROTECTIVE ORDER
[CR 09-862 MHP]