JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                       ) <br> ) <br> DONALD DANIELS, et al., ) <br> ) <br>       Defendants. ) <br> ) | No. 09-0862 MHP <br><br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |

On October 19, 2009, defendants Donald Daniels, Martin William Washburn, Irina Rebegeneau, Sergei Shkurkin and Tapani Koivunen appeared the Honorable Marilyn H. Patel for a trial setting hearing. The Court ordered that the parties next appear on November 16, 2009 for a status conference. The parties requested, and the Court ordered, that time be excluded under the Speedy Trial Act from October 19, 2009, through November 16, 2009, to allow the Government to continue to produce discovery to the defendants and for the defendants to review discovery.

On November 16, 2009, defendants Donald Daniels, Martin William Washburn, Irina Rebegeneau, Sergei Shkurkin and Tapani Koivunen appeared the Honorable Marilyn H. Patel for a trial setting hearing. The Court ordered that the parties next appear on January 25, 2010 for a status conference. The parties requested, and the Court ordered, that time be excluded under the Speedy Trial Act from November 16, 2009, through January 25, 2010, to allow the Government to continue to produce discovery to the defendants and for the defendants to review discovery.

With the agreement of the parties and with the consent of the defendants, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from October 19, 2009, through January 25, 2010. The parties agree and stipulate, and the Court finds and holds, as follows:

The ends of justice served by excluding the period from October 19, 2009 through January 25, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: November 23, 2009        /s *Mary McNamara*
                                MARY MCNAMARA, ESQ.
                                Attorney for DONALD DANIELS

DATED: November 23, 2009        /s *Nanci Clarence*
                                NANCI CLARENCE, ESQ.
                                Attorney for MARTIN WILLIAM WASHBURN

DATED: November 23, 2009        /s *Anthony Brass*
                                ANTHONY BRASS, ESQ.
                                Attorney for IRINA REBEGENEAU

DATED: November 23, 2009        /s *Anthony Brass*
                                HARRY SINGER, ESQ.
                                Attorney for TAPANI KOIVUNEN

DATED: November 23, 2009    /s *Anthony Brass*
WILLIAM J. PORTANOVA, ESQ.
Attorney for SERGEI SHKURKIN

DATED: November 23, 2009    /s *Christine Y. Wong*
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 24, 2009

HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

-3-