Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONALD DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD DANIELS,<br><br>　　　　　Defendant. | Case No.  CR 09-0862 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER TEMPORARILY MODIFYING<br>CONDITIONS OF RELEASE TO PERMIT<br>TRAVEL TO COLOMBUS, OHIO |

　　　Defendant Donald Daniels, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Christine Wong, hereby stipulate and agree as follows:

　　　1.　　On September 18, 2009, the Court set conditions of release for defendant Donald Daniels, one of which was a condition that he not travel outside the Northern or Eastern Districts of California.

　　　2.　　On November 23, 2009, the Court modified conditions of released for Mr. Daniels to permit him to travel statewide throughout California.

　　　3.　　The parties agree to a temporary modification of Mr. Daniels' conditions of release to permit travel to Columbus, Ohio on December 15, 2009 through December 21, 2009.  Mr. Daniels has business in Columbus which requires him to attend a meeting before the end of the year.

　　　3.　　Pretrial Service Officer Taifa Gaskins has no objection to the proposed

1  modification.

2

3  IT IS SO STIPULATED.

4

5  Dated: December 3, 2009

6  _____/s/_____
   MARY McNAMARA
   Attorney for DONALD DANIELS

7

8  Dated: December 3, 2009            _____/s/_____
   CHRISTINE WONG
9  Assistant United States Attorney

10

11

12
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14  Dated:   12/8/2009

15                                     HON. ELIZABETH D. LAPORTE
                                       United States Magistrate Judge

IT IS SO ORDERED

Judge Marilyn H. Patel