Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONALD DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DONALD DANIELS,<br><br>           Defendant. | Case No.  CR 09-0862 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL TO PHOENIX, COLUMBUS, AND BOSTON |

      Defendant Donald Daniels, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Christine Wong, hereby stipulate and agree as follows:

      1.      On September 18, 2009, the Court set conditions of release for defendant Donald Daniels, one of which was a condition that he not travel outside the Northern or Eastern Districts of California.

      2.      The parties agree to a modification of Mr. Daniels' conditions of release to permit travel to Phoenix, Arizona; Columbus, Ohio; and Boston, Massachusetts.  The purpose of the modification to permit travel to Phoenix, AZ is to allow Mr. Daniels to receive ongoing medical treatment at the Mayo clinic in Scottsdale, Arizona.  The purpose of the modification to permit travel to Columbus, OH and Boston, MA is to allow Mr. Daniels to conduct business-related matters in those cities.


3. Pretrial Service Officer Taifa Gaskins has no objection to the proposed modification on the condition that Mr. Daniels provide her with his travel information before each instance of travel.

IT IS SO STIPULATED.

Dated: April 23, 2010

_____/s/_____
MARY McNAMARA
Attorney for DONALD DANIELS

Dated: April 23, 2010

_____/s/_____
CHRISTINE WONG
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 28, 2010

HON. ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA