UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>DONALD DANIELS, et al.,<br><br>        Defendant(s).<br>_____/ | No. CR 09-0862 MHP<br><br>**ORDER RE SUBPOENAED DOCUMENTS** |

In accordance with the instructions and order of the court at the March 28, 2011 status conference, and after review of the requested submission of the defendant Donald Daniels filed pursuant thereto, the court enters the following order.

A. As to the following requests, as numbered in defendant's above-referenced submission, the court orders that the government produce to defendant those documents it has agreed to produce, i.e., documents referencing GSP, and that it submit for *in camera* review the documents the government declines to produce:

    Numbers 1.(a), 1.(b), 1.(c), 2, 9, 10, and 11.

B. The court declines to order that the documents sought in Numbers 3 and 8 be produced without a further showing of relevancy and admissibility.

C. The court orders the government to turn over the redacted information sought in Number 12 in unredacted form absent a further showing justifying the redaction.

D. The court orders the government to turn over, for *in camera* review only, the documents

sought in Number 13.

  E. The court understands that the remaining document requests are withdrawn subject to the compliance referenced in the respective paragraphs.

  The documents ordered for *in camera* review shall be submitted to the court on or before April 5, 2011.  The documents ordered to be produced directly to defendant shall be produced on or before April 5, 2011, unless the parties stipulate to another date.

  Any further submissions, if necessary, in support of or in opposition to the orders set forth in paragraphs B and C above shall be filed on or before April 5, 2011.

  IT IS SO ORDERED.

Date: March 29, 2011

          MARILYN HALL PATEL
          United States District Court
          Northern District of California