Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DONALD DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD DANIELS, et al.,<br><br>　　　　　Defendants. | Case No.  CR 09-0862 MHP (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXONERATING BOND** |

　　　　Defendant Donald Daniels, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Christine Wong, hereby stipulate and agree as follows:

　　　　1.　　On June 15, 2011, the defendant was sentenced before the Honorable Marilyn Hall Patel.  The judgment ordered that the appearance bond, consisting of three properties posted by the defendant, be exonerated upon the defendant's self-surrender.

　　　　2.　　On July 25, 2011, the defendant was ordered to pay $750,000 in restitution.  In order to facilitate the payment of restitution by the defendant, the parties hereby request that the appearance bond be exonerated in advance of the defendant's self-surrender.

　　　　3.　　The parties agree that all other conditions of pretrial release shall remain the same.

1

2  IT IS SO STIPULATED.

3

4  Dated: August 3, 2011

5  　　　　　　　　/s/_____
   MARY McNAMARA
   Attorney for DONALD DANIELS

6

7  Dated: August 3, 2011

   　　　　　　　　/s/_____
   CHRISTINE WONG
8  Assistant United States Attorney

9

10

11
    PURSUANT TO STIPULATION, IT IS ORDERED.  The appearance bond in the above-
12
   captioned matter is hereby exonerated.  All other conditions of pretrial release shall remain
13
   unchanged.
14

15  Dated: August 9, 2011

   _____
16  HON. ELIZABETH D. LAPORTE
   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28